UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 439

FILED
IN COURT
CHARLOTTE, N. C.

OCT 1 7 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| In re:<br><br>Joseph A. DiBruno, Sr.<br><br>Joseph A. DiBruno, Jr.<br><br>Nicholas DiBruno<br>Wendy DiBruno<br><br><br>Debtors | Chapter 7<br><br>Bankruptcy Case Number 05-33007<br>Bankruptcy Case Number 05-33006<br>Bankruptcy Case Number 05-33005<br><br>Jointly Administered |
| **LANGDON M. COOPER, Trustee**<br>**In Bankruptcy for Joseph A.**<br>**DiBruno, Sr., Nicholas and Wendy**<br>**DiBruno, Joseph A. DiBruno, Jr.**<br><br>Plaintiff,<br><br>vs.<br><br>**Mary Long Reese**<br><br>Defendant | Bankruptcy Court<br>Adversary Proceeding No.<br>05-3484 |

**ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING**

THE UNDERSIGNED U.S. DISTRICT JUDGE hereby withdraws reference of the above-captioned Adversary Proceeding from the Bankruptcy Court, pursuant to 28 U.S.C. §157(d), for further proceedings in U.S. District Court. This withdrawal of reference shall be effective immediately after the Clerk of the Bankruptcy Court has caused the summons to be issued.

SO ORDERED, this _____ day of October, 2005.

_____
Graham C. Mullen
Chief United States District Judge